7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* William Gerald Glidden and Ellen Rae Glidden – ABOVE MEDIAN<br>*Debtor* | *Bankruptcy Case No.*<br>09–45741–can13 |
| **William Gerald Glidden**<br>**Ellen Rae Glidden**<br>    Plaintiff(s) | *Adversary Case No.*<br>15–04016–can |
| v. | |
| **Triumph Community Bank, N.A.**<br>    Defendant(s) | |

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Order Granting the Motion Approving the Settlement and Dismissing this Adversary Proceeding with Prejudice. Order directing Michael McCrary to distribute from Defendant Triumph Bancorp Inc/Triumph Community Bank, NA settlement proceeds in the amount of $825.00 to the Debtors and allowing Michael McCrary to retain from the Defendant Triumph Bancorp Inc/Triumph Community Bank, NA settlement proceeds, $675.00 for fees and cost in representing Debtors in this action.



Paige Wymore–Wynn
Acting Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 5/23/16

Court to serve